JS 44   (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JAEL CASTANEDA and JASON SMITH

**DEFENDANTS**
SPINNAKER INSURANCE COMPANY and HIPPO ANALYTICS INC. D/B/A HIPPO INSURANCE SERVICES

**(b)** County of Residence of First Listed Plaintiff    DALLAS, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    OUT OF STATE
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Evan L. Shaw, David J. Welch, Jeremy B. Powell, LAW OFFICES OF VAN SHAW, 2723 Fairmount, Dallas, Texas; 214-754-7110

Attorneys *(If Known)*
Steven J. Badger and Bennett A. Moss, ZELLE LLP, 901 Main Street, Suite 4000, Dallas, Texas 75202; 214-742-3000.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ❏ 2   U.S. Government Defendant
- ❏ 3   Federal Question         *(U.S. Government Not a Party)*
- ☒ 4   Diversity         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY**　　**PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane　　❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product　　　　Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | 　　　Liability　　❏ 367 Health Care/ | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel &　　　　Pharmaceutical | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| 　　& Enforcement of Judgment | 　　　Slander　　　　Personal Injury | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers'　　　　Product Liability | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted | 　　　Liability　　❏ 368 Asbestos Personal | | 　　　New Drug Application | ❏ 470 Racketeer Influenced and |
| 　　Student Loans | ❏ 340 Marine　　　　Injury Product | | ❏ 840 Trademark | 　　Corrupt Organizations |
| 　　(Excludes Veterans) | ❏ 345 Marine Product　　　　Liability | | | ❏ 480 Consumer Credit |
| ❏ 153 Recovery of Overpayment | 　　　Liability　　**PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| 　　of Veteran's Benefits | ❏ 350 Motor Vehicle　　❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle　　❏ 371 Truth in Lending | 　　Act | ❏ 862 Black Lung (923) | 　　Exchange |
| ❏ 190 Other Contract | 　　　Product Liability　❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal　　　　Property Damage | 　　Relations | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| ❏ 196 Franchise | 　　　Injury　　❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| | ❏ 362 Personal Injury -　　　　Product Liability | ❏ 751 Family and Medical | | ❏ 895 Freedom of Information |
| | 　　　Medical Malpractice | 　　Leave Act | | 　　Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**　　**PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights　**Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 899 Administrative Procedure |
| ❏ 220 Foreclosure | ❏ 441 Voting　　❏ 463 Alien Detainee | 　　Income Security Act | 　　or Defendant) | 　　Act/Review or Appeal of |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment　　❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | 　　Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/　　　　Sentence | | 　　26 USC 7609 | ❏ 950 Constitutionality of |
| ❏ 245 Tort Product Liability | 　　　Accommodations　❏ 530 General | | | 　　State Statutes |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities -　❏ 535 Death Penalty | **IMMIGRATION** | | |
| | 　　　Employment　　**Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities -　❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | 　　　Other　　❏ 550 Civil Rights | 　　Actions | | |
| | ❏ 448 Education　　❏ 555 Prison Condition | | | |
| | 　　❏ 560 Civil Detainee - | | | |
| | 　　　Conditions of | | | |
| | 　　　Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1   Original Proceeding
- ☒ 2   Removed from State Court
- ❏ 3   Remanded from Appellate Court
- ❏ 4   Reinstated or Reopened
- ❏ 5   Transferred from Another District *(specify)*
- ❏ 6   Multidistrict Litigation - Transfer
- ❏ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332
Brief description of cause:
Dispute of Insurance Claim

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
100,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
07/07/2021

SIGNATURE OF ATTORNEY OF RECORD
/s/ Bennett A. Moss

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____